FILED
ENTERED / RECEIVED IN
COURT OF RECORD

2012 SEP -7 P 1: 35

COURT
DISTRICT OF NEVADA

BY __ __ __ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:12-CR-131-JCM-(VCF) |
| COREY SAUERBREY, | ) | |
| Defendant. | ) | |

### ORDER OF FORFEITURE

This Court found on June 4, 2012, that COREY SAUERBREY shall pay a criminal forfeiture money judgment of $125,396.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 9.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Corey Sauerbrey a criminal forfeiture money judgment in the amount of $125,396.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C)

...

...

...

1  and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section

2  853(p). Order of Forfeiture, ECF No. 9.

3      DATED this _____ day of _____ Sept _____, 2012.

5                                   UNITED STATES DISTRICT JUDGE